## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

BRANDON W. MCLAIN,

     Petitioner,

v.                            Case No. 3:22cv5441-MCR-HTC

WILLIAM POWELL,

     Respondent.

_____/

### ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation, ECF No. 19. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

2.     The amended petition challenging the conviction and sentence in *State v. McLain*, 2018 CF 3299, in Escambia County, Florida, ECF No. 4, is DENIED without an evidentiary hearing.

3.     A certificate of appealability is DENIED.

4.     The clerk of court is directed to close the file.

**DONE AND ORDERED** this 21st day of April 2023.


*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**